**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00563-CV**
_____

**CROSSTEX NGL PIPELINE, L.P., Appellant**

**V.**

**REINS ROAD FARMS-1, LTD., Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-192,430**

## MEMORANDUM TO CLERK

You are directed to make the following correction in the Opinion dated May 23, 2013:

On page 5, the first full paragraph, the first sentence that reads, "First, we evaluate Crosstex's claim that the evidence established that pipeline is a crude petroleum line." should be changed to read, "First, we evaluate Crosstex's claim that the evidence established that its pipeline is a crude petroleum line."

1

You will give notice of this correction in the original Opinion by sending a copy of the corrected page accompanied by this memorandum to all interested parties who received a copy of the original Opinion.

Entered this the 14th day of October, 2013.

PER CURIAM